WILKE FLEURY LLP
DANIEL J. FOSTER (SBN 238012)
dfoster@wilkefleury.com
ISLAM M. AHMAD (SBN 302322)
iahmad@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814
Telephone:   (916) 441-2430
Facsimile:   (916) 442-6664

Attorneys for SIERRA PACIFIC MORTGAGE COMPANY, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TAUNYA DONAHOE and CURTIS DONAHOE,<br><br>Plaintiffs,<br><br>v.<br><br>SIERRA PACIFIC MORTGAGE COMPANY, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1-10 INCLUSIVE,<br><br>Defendants. | Case No. 1:21-cv-00066<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>**(Doc. 12)** |

Plaintiffs TAUNYA DONAHOE and CURTIS DONAHOE, on the one hand, and Defendant SIERRA PACIFIC MORTGAGE COMPANY, INC., on the other hand, HEREBY STIPULATE AND AGREE that Defendant SIERRA PACIFIC MORTGAGE COMPANY, INC. may have until February 19, 2021 to file a responsive pleading to Plaintiffs' Complaint. This matter was recently removed from the Superior Court of the State of California for the county of Kern (*Taunya Donahoe, et al. v. Sierra Pacific Mortgage Company, Inc., et al.*, Case No. BCV-20-102931), which shortened the time for Defendant to respond to the Complaint. The parties intend to meet and confer regarding a potential motion to dismiss pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6).

This extension does not exceed the twenty-eight (28) days allowed under Eastern District Local Rule 144(a). This is the first stipulation for an extension of time between the parties. Plaintiffs

1 and Defendant SIERRA PACIFIC MORTGAGE COMPANY, INC. do not believe this stipulation

2 will impact any of the other parties who have appeared in the action. Accordingly, pursuant to Local

3 Rule 144(a), approval of this stipulation by the Court is not necessary.

4 DATED: January 22, 2021  WILKE FLEURY LLP

By: */s/ Daniel James Foster*
DANIEL J. FOSTER
Attorneys for SIERRA PACIFIC MORTGAGE COMPANY, INC.

9 DATED: January 22, 2021  LAW OFFFICES OF TODD M. FRIEDMAN, P.C.

By: _____
TODD M. FRIEDMAN
Attorneys for TAUNYA DONAHOE and CURTIS DONAHOE

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendant SIERRA PACIFIC MORTGAGE COMPANY, INC. shall answer or otherwise respond to Plaintiffs' Complaint on or before February 19, 2021.

IT IS SO ORDERED.

Dated:  **January 22, 2021**          **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE