WILKE FLEURY LLP
DANIEL J. FOSTER (SBN 238012)
dfoster@wilkefleury.com
ISLAM M. AHMAD (SBN 302322)
iahmad@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814
Telephone:    (916) 441-2430
Facsimile:     (916) 442-6664

Attorneys for Defendant, SIERRA PACIFIC MORTGAGE COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TAUNYA DONAHOE and CURTIS DONAHOE,<br><br>Plaintiffs,<br><br>v.<br><br>SIERRA PACIFIC MORTGAGE COMPANY, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1-10 INCLUSIVE,<br><br>Defendants. | Case No. 1:21-cv-00066 NONE JLT<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT**<br><br>(Doc. 26) |

Plaintiffs TAUNYA DONAHOE and CURTIS DONAHOE, on the one hand, and Defendant SIERRA PACIFIC MORTGAGE COMPANY, INC., on the other hand, HEREBY STIPULATE AND AGREE that Defendant SIERRA PACIFIC MORTGAGE COMPANY, INC. may have until April 23, 2021 to file a responsive pleading to Plaintiffs' First Amended Complaint. The parties intend to meet and confer regarding a potential motion to dismiss pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), and engage in settlement negotiations.

This is the second stipulation for an extension of time between the parties. Accordingly, pursuant to Local Rule 144(a), approval of this stipulation is required by the Court.

/ / /

/ / /

DATED: March 22, 2021          WILKE FLEURY LLP

By: /s/ Islam M. Ahmad
ISLAM M. AHMAD
Attorneys for Defendant, SIERRA PACIFIC
MORTGAGE COMPANY, INC.

DATED: March 22, 2021          LAW OFFFICES OF TODD M. FRIEDMAN, P.C.

By: /s/ Todd M. Friedman
TODD M. FRIEDMAN
Attorneys for TAUNYA DONAHOE and
CURTIS DONAHOE

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendant SIERRA PACIFIC MORTGAGE COMPANY, INC. shall answer or otherwise respond to Plaintiffs' Complaint on or before April 23, 2021.

DATED: March 22, 2021

 _/s/ Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE