1  WILKE FLEURY LLP
   DANIEL J. FOSTER (SBN 238012)
2  dfoster@wilkefleury.com
   ISLAM M. AHMAD (SBN 302322)
3  iahmad@wilkefleury.com
   400 Capitol Mall, Twenty-Second Floor
4  Sacramento, California 95814
   Telephone:     (916) 441-2430
5  Facsimile:     (916) 442-6664

6  Attorneys for Defendant, SIERRA PACIFIC
   MORTGAGE COMPANY, INC.
7

8                       UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 | TAUNYA DONAHOE and CURTIS DONAHOE, | Case No. 1:21-cv-00066 |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT AND CONTINUING THE SCHEDULING CONFERENCE** |
| v. | |
| SIERRA PACIFIC MORTGAGE COMPANY, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1-10 INCLUSIVE, | **(Doc. 30)** |
| Defendants. | |

19       Plaintiffs TAUNYA DONAHOE and CURTIS DONAHOE, on the one hand, and Defendant

20 SIERRA PACIFIC MORTGAGE COMPANY, INC., on the other hand, HEREBY STIPULATE

21 AND AGREE that Defendant SIERRA PACIFIC MORTGAGE COMPANY, INC. may have until

22 May 28, 2021 to file a responsive pleading to Plaintiffs' First Amended Complaint. The parties

23 intend to meet and confer regarding a potential motion to dismiss pursuant to Federal Rules of Civil

24 Procedure, Rule 12(b)(6), and engage in additional settlement negotiations.

25       Furthermore, Plaintiffs, on the one hand, and Defendant, on the other hand, HEREBY

26 STIPULATE AND AGREE to postpone the initial disclosures and discovery plan pursuant to

27 Federal Rules of Civil Procedures Rule 26 until June 15, 2021.

28       This is the third stipulation for an extension of time between the parties. Accordingly,

1  pursuant to Local Rule 144(a), approval of this stipulation is required by the Court.

2  DATED: April 16, 2021				WILKE FLEURY LLP

						By: _____/s/ Islam M. Ahmad_____
						ISLAM M. AHMAD
						Attorneys for Defendant, SIERRA PACIFIC
						MORTGAGE COMPANY, INC.

DATED: April 16, 2021				LAW OFFFICES OF TODD M. FRIEDMAN, P.C.

						By: _____/s/ Todd M. Friedman_____
						TODD M. FRIEDMAN
						Attorneys for TAUNYA DONAHOE and
						CURTIS DONAHOE

## **ORDER**

The stipulation to extend the deadline to file a responsive pleading (Doc. 30) is GRANTED. Also, the Court continues the scheduling conference to July 13, 2021 at 9:00 a.m.

This is the second stipulation the Court has granted. (Doc. 27) **Thus, the Court does not anticipate granting any further extensions of time.**

IT IS SO ORDERED.

   Dated:   **April 17, 2021**			_____ **/s/ Jennifer L. Thurston**
						CHIEF UNITED STATES MAGISTRATE JUDGE