UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TAUNYA DONAHOE, et al., | Case No. 1:21-cv-00066 NONE JLT |
|---|---|
| Plaintiffs, | **ORDER AFTER NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY** |
| v. | |
| SIERRA PACIFIC MORTGAGE COMPANY, INC., et al., | **(Doc. 32)** |
| Defendants. | |

The plaintiffs have notified the Court that they have settled with Equifax Information Services LLC only. (Doc. 32) Thus, the Court **ORDERS**:

1. No later than July 9, 2021, the plaintiff SHALL file a stipulated dismissal as to Equifax Information Services LLC.

IT IS SO ORDERED.

Dated: __May 6, 2021__          _ **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE