1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  | TAUNYA DONAHOE, et al.,                    | Case No. 1:21-cv-00066 NONE JLT

12  |            Plaintiffs,                      | **ORDER AFTER NOTICE OF
                                                    SETTLEMENT**

13  |        v.                                   | **(Doc. 34)**

14  | SIERRA PACIFIC MORTGAGE
       COMPANY, INC., et al.,

15  |            Defendants.

16

17        The plaintiffs have notified the Court that they have settled the action in total. (Doc. 34)

18  Thus, the Court **ORDERS**:

19        1.      No later than July 23, 2021, the plaintiff SHALL file a stipulated dismissal of the

20  action.

21

22

23  IT IS SO ORDERED.

24      Dated:  __**May 21, 2021**__              _____ **/s/ Jennifer L. Thurston**
                                                   CHIEF UNITED STATES MAGISTRATE JUDGE
25

26

27

28