# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAUNYA DONAHOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SIERRA PACIFIC MORTGAGE COMPANY, INC., et al.,<br><br>Defendants. | Case No. 1:21-cv-00066 NONE JLT<br><br>**ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THIS CASE**<br><br>**(Doc. 13)** |

The plaintiffs have notified the Court that they wish to dismiss this case with prejudice as to the named plaintiffs and without prejudice to the class. (Doc. 34) Thus, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

    Dated: __**June 3, 2021**__            **/s/ Jennifer L. Thurston**
                                                          CHIEF UNITED STATES MAGISTRATE JUDGE